

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-16-00814-CV

**IN RE** Richard **LARES**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  January 4, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

On December 19, 2016, Relator filed a petition for writ of mandamus. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CI-12518, styled *Richard Lares v. Karina Guevara*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Richard E. Price presiding.